# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re: VALENTINE CAPITAL ASSET MANAGEMENT, § Case No. 4:16-bk-41446
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Sarah Little, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $49,700.00         Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $319,141.94    Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $334,584.68

---

3) Total gross receipts of $653,726.62 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $653,726.62 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case: 16-41446   Doc# 73   Filed: 02/02/21   Entered: 02/02/21 11:14:43   Page 1 of 16

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS |  |  |  |  |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 334,584.68 | 334,584.68 | 334,584.68 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 72,822.77 | 72,822.77 | 72,822.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,804,400.00 | 1,627,641.05 | 1,548,084.95 | 246,319.17 |
| **TOTAL DISBURSEMENTS** | **$2,804,400.00** | **$2,035,048.50** | **$1,955,492.40** | **$653,726.62** |

      4) This case was originally filed under Chapter 7 on 05/25/2016. The case was pending for 56 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/30/2021    By: /s/ Sarah Little
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2015 FTB Tax refund | 1224-000 | 2,112.62 |
| Interactive Brokers Master Account | 1229-000 | 1,614.00 |
| FT Litigation John Valentine RPG et al. | 1241-000 | 650,000.00 |
| TOTAL GROSS RECEIPTS | | $653,726.62 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL SECURED CLAIMS | | | N/A | | | |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sarah Little | 2100-000 | N/A | 35,936.33 | 35,936.33 | 35,936.33 |
| Sarah Little | 2200-000 | N/A | 181.85 | 181.85 | 181.85 |
| Dentons LLP | 3210-000 | N/A | 6,372.00 | 6,372.00 | 6,372.00 |
| Rincon Law LLP | 3210-000 | N/A | 10,705.50 | 10,705.50 | 10,705.50 |
| Miller Morton Callat & Nevis LLP | 3210-600 | N/A | 97,499.96 | 97,499.96 | 97,499.96 |
| Law Offices of Wayne Silver | 3210-600 | N/A | 70,011.04 | 70,011.04 | 70,011.04 |
| Ventura Hersey & Muller LLP | 3210-600 | N/A | 85,569.01 | 85,569.01 | 85,569.01 |
| Dentons LLP | 3220-000 | N/A | 25.35 | 25.35 | 25.35 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rincon Law LLP | 3220-000 | N/A | 49.20 | 49.20 | 49.20 |
| Ventura Hersey & Muller LLP | 3220-610 | N/A | 4,430.00 | 4,430.00 | 4,430.00 |
| Miller Morton Callat & Nevis LLP | 3220-610 | N/A | 12,870.00 | 12,870.00 | 12,870.00 |
| Kokjer, Pierotti, Maiocco & Duck LLP | 3410-000 | N/A | 8,393.00 | 8,393.00 | 8,393.00 |
| Kokjer, Pierotti, Maiocco & Duck LLP | 3420-000 | N/A | 636.57 | 636.57 | 636.57 |
| International Sureties | 2300-000 | N/A | 109.42 | 109.42 | 109.42 |
| Rabobank, N.A. | 2600-000 | N/A | 115.00 | 115.00 | 115.00 |
| Signature Bank | 2600-000 | N/A | 623.95 | 623.95 | 623.95 |
| FRANCHISE TAX BOARD | 2820-000 | N/A | 1,056.50 | 1,056.50 | 1,056.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$334,584.68** | **$334,584.68** | **$334,584.68** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | 0.00 | 37,946.54 | 37,946.54 | 37,946.54 |
| 9P | FRANCHISE TAX BOARD | 5800-000 | N/A | 34,876.23 | 34,876.23 | 34,876.23 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$72,822.77** | **$72,822.77** | **$72,822.77** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1SU | Internal Revenue Service Centralized Insolvency Operations | 7300-000 | N/A | 15,988.47 | 15,988.47 | 0.00 |
| 1U | Internal Revenue Service | 7100-000 | 0.00 | 7,365.27 | 7,365.27 | 1,184.69 |
| 2 | Rimon, P.C. | 7100-000 | 1,800.00 | 11,900.00 | 11,900.00 | 1,914.09 |
| 3 | Castillo Leitch Investments c/o David Kornbluh Ventura Hersey & Muller LLP | 7100-000 | 1,340,000.00 | 1,370,143.83 | 1,370,143.83 | 220,385.19 |
| 4 | Concert Wealth Management, Inc. c/o David Kornbluh, Esq. Mil | 7100-000 | 1,340,000.00 | 37,032.54 | 37,032.54 | 5,956.62 |
| 5 | Henderson Law | 7100-000 | 40,000.00 | 79,556.10 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Sullwold & Hughes | 7100-000 | 80,000.00 | 96,224.32 | 96,224.32 | 15,477.51 |
| 7 | U.S. TelePacific Corp. Office of General Counsel | 7100-000 | 2,600.00 | 8,710.52 | 8,710.52 | 1,401.07 |
| 9U | FRANCHISE TAX BOARD | 7300-000 | N/A | 720.00 | 720.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$2,804,400.00** | **$1,627,641.05** | **$1,548,084.95** | **$246,319.17** |

Exhibit 8

Page: 1

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case Number: | 16-41446 WJL | Trustee: | Sarah Little |
| Case Name: | VALENTINE CAPITAL ASSET MANAGEMENT, | Filed (f) or Converted (c): | 05/25/16 (f) |
| | | §341(a) Meeting Date: | 07/08/16 |
| Period Ending: | 01/30/21 | Claims Bar Date: | 10/25/16 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Old computers and printer, pens and paper. Valuation Method: | 300.00 | 300.00 | | 0.00 | FA |
| 2 | 2014 Tesla Vehicle purchased by John Valentine and assigned to debtor; financing agreement signed by John Valentine and not debtor - subject to lien in favor of Wells Fargo Bank in the amount of $46,506. Valuation Method:<br>Order abandoning docket 29 | 48,500.00 | 18,494.00 | OA | 0.00 | FA |
| 3 | Customer list in Danville, CA was stolen, resulting in lawsuit. Valuation Method:<br>Debtor sued former employees prior to bk and lost suit, subject of suit was over this list. | Unknown | 0.00 | | 0.00 | FA |
| 4 | Chairs, desk wall partition | 900.00 | 900.00 | | 0.00 | FA |
| 5 | FT Litigation John Valentine RPG et al. (u)<br>Investigating money paid to John Valentine principal in 1 year prior to filing. Quickbooks data has not been turned over yet. Hired Miller Morton as special counsel to pursue claim in state court against successor entity. complaint filed 11/9/ 2016 Alameda County Superior Court. Discovery being conducted 8/3/2017. Value of claim totally speculative, best guess noted. Trial scheduled for July 2019. 2/8/2019 Mandatory settlement conference resulted in settlement at 650k payable in 50k monthly installments over 13 months. John Valentine not part of settlement. After review of judgments already recorded against him, any judgment taken would stand behind several million of tax liens and judgment liens and creditor pool is the same. Not likely collectible. | 1,000,000.00 | 1,000,000.00 | | 650,000.00 | FA |
| 6 | 2015 FTB Tax refund (u) | 2,112.62 | 2,112.62 | | 2,112.62 | FA |
| 7 | Interactive Brokers Master Account (u) | 1,614.00 | 1,614.00 | | 1,614.00 | FA |
| 8 | FT Litigation default judgment against John Valentine (related to Asset 5) (Voided) (u)<br>This defendant did not defend suit and default taken. Other defendants settled (see asset 5) | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTALS (Excluding Unknown Values) | $1,053,426.62 | $1,023,420.62 | | $653,726.62 | $0.00 |

**Major activities affecting case closing:**

6/30/2020 claims reviewed, final tax returns filed, reviewed account fee app, working on TFR
5/23/2020 recieved letter from FTB re assessments for 2014, contacted Pierotti, he will alert FTB to file claim, waiting for claim

<1/14/2020, 9:16:23 AM - Sarah-1341> A/R still be collected, last payment will be March 2020, distributions being made to contingency fee attys per order approving settlement docket 46
<5/30/2019, 1:41:56 PM - Nancy-1351>
Order on final compensation for Rincon Law [docket no. 61]

4/22/19 Default entry of order requested on claim 5
3/20/19 Kleiner objected to claim #5.  Appears to be related to arbitration.
3/8/19 Order authorizing settlement of litigation and payment of fees and costs of contingency fee counsel [docket no 45]
3/7/2019 notice ran on settlement motion, GK uploaded reuqest for order
2/26/2019 email to R Pierotti advising of settlement asking about tax consequ.
2/8/2019 Mandatory settlement conference held today resulted in settlement.  650k paid over 13 months starting 15 days after BK court approval.  GK to get BK approval, then set up A/R for funds TFR date changed to reflect terms
1/11/19 email from Kornbluth-Trial is now July 8.  Mandatory settlement conferences on 2/8 and 6/10.
10/1/18 Order authorizing David Kornbluth as Special Counsel [Docket No. 39]
6/8/18 sent documents to Kornbluth re: claims to see if he could act as special counsel
4/25/18-mediation held. no settlement
1/20/2018 mediation scheduled for 4/25/2018
10/20/2017 VALT LP is a separate entity that Valentine created as a tool to managment money of VCAM clients.  the only claim that VCAM could make about VALT is a potential usurped business opportunity claim.  Valentine's investment into Peregrine which went BK is not something this bankruptcy estate should try to assert an interest in because of potential claims against VALT/Valentine for breach of fiduciary duties and bad investment related stuff.
10/20/2017  conference call to discuss status of litigation, 998 offer made at 15k, very low, below nuisance value.  advised by counsel that attorney fee shift issue not applicable for this kind of litigation, so estate would only be liable for costs, and there are not estate money now.
7/7/17 Signed off on discovery
4/21/17 Litigation pending
3/15/17-alerted by D. McNeally about a Vault LP/Peregrine Claim related to Valentine.  Need to research if Valentine Capital has an interest.
11/8/2016 complaint filed in Alameda County Superior Court Case RG 16838264 against RPG invest et al.
9/27/16 order employing special counsel Miler Morton Cailat and Nevis & Law office of Wayne Silver to pursue fraud conveyance claims on contingency
8/29/2016 order employing Pierotti Account docket 21
10/11/2016 order emp Kleiner/Ricon Law docket 32
9/20/2016 noticed out app to employ special counsel to pursue fraudulent conyevance claims
8/15/2016 Clars says value of Tesla at 40k, no value to admin
7/27/16 filed Notice of Possible Dividend
7/27/2016 Kleiner discussing with Wayne Silver, attorney for creditors who sued Valentine, if they want to be employed as special counsel to go after any fraudulent conveyance actions
Tesla is at Dublin Tesla for repairs.  Checking on cost of repairs and whether insurance covers all/any of it.  Based on what i find out, going to send out Clars auctioneer to visually inspect and give me a value to decide whether to auction
going to hire Pierotti as accountant
Kleiner/Dentons hired order docket 14

**Initial Projected Date of Final Report (TFR):**  June 30, 2017            **Current Projected Date of Final Report (TFR):**  July 24, 2020  (Actual)

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| | | |
|---|---|---|
| **Case Number:** 16-41446 WJL | **Trustee:** | Sarah Little |
| **Case Name:** VALENTINE CAPITAL ASSET MANAGEMENT, | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******7500 - Checking |
| **Taxpayer ID#:** **-***8356 | **Blanket Bond:** | $53,535,167.00 (per case limit) |
| **Period Ending:** 01/30/21 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/11/17 | Asset #6 | State of California - Franchise Tax Board | refund for 2015 tax year | 1224-000 | 2,112.62 | | 2,112.62 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,102.62 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,092.62 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,082.62 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,072.62 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,062.62 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,052.62 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,042.62 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,032.62 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,022.62 |
| 09/20/18 | Asset #7 | Interactive Brokers LLC | Interactive brokers master account turnover of funds | 1229-000 | 1,614.00 | | 3,636.62 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,631.62 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,626.62 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,621.62 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,616.62 |

Exhibit 9

Page: 2

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 16-41446 WJL | | Trustee: | Sarah Little |
| --- | --- | --- | --- | --- |
| Case Name: | VALENTINE CAPITAL ASSET MANAGEMENT, | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7500 - Checking |
| Taxpayer ID#: | **-***8356 | | Blanket Bond: | $53,535,167.00 (per case limit) |
| Period Ending: | 01/30/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,611.62 |
| 03/14/19 | Asset #5 | RPG Investment Advisory LLC | 1st installment of settlement funds Payment to A/R Account #1 RPG litigation Settlement; Payment #1 due 03/23/2019 | 1241-000 | 50,000.00 | | 53,611.62 |
| 03/19/19 | 101 | Miller Morton Callat & Nevis LLP | contingency fee and expense reimbursement | | | 17,909.12 | 35,702.50 |
| 03/19/19 | | | Special counsel expenses         12,870.00<br>(Kornbluth's prior firm's portion of expenses) | 3220-610 | | | 35,702.50 |
| 03/19/19 | | | special counsel attorney fees   5,039.12 | 3210-600 | | | 35,702.50 |
| 03/19/19 | 102 | Ventura Hersey & Muller LLP | Valentine Cap litigation contingency fee and exp reimbursement | | | 8,852.49 | 26,850.01 |
| 03/19/19 | | | litigation expense               4,430.00<br>reimbursement (current firm's portion) | 3220-610 | | | 26,850.01 |
| 03/19/19 | | | special counsel attorney fee     4,422.49 | 3210-600 | | | 26,850.01 |
| 03/19/19 | 103 | Law Offices of Wayne Silver | Valentine Cap litigation contingency fee | 3210-600 | | 3,618.40 | 23,231.61 |
| 04/07/19 | Asset #5 | RPG Investment Advisory LLC | Installment payment on litigation settlement Payment to A/R Account #1 RPG litigation Settlement; Payment #2 due 04/23/2019 | 1241-000 | 50,000.00 | | 73,231.61 |
| 04/10/19 | 104 | Miller Morton Callat & Nevis LLP | atty contingency fee | 3210-600 | | 7,705.07 | 65,526.54 |
| 04/10/19 | 105 | Law Offices of Wayne Silver | contingency fee | 3210-600 | | 5,532.72 | 59,993.82 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 3

| | | |
|---|---|---|
| **Case Number:** | 16-41446 WJL | |
| **Case Name:** | VALENTINE CAPITAL ASSET MANAGEMENT, | |
| **Taxpayer ID#:** | **-***8356 | |
| **Period Ending:** | 01/30/21 | |

| | |
|---|---|
| **Trustee:** | Sarah Little |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7500 - Checking |
| **Blanket Bond:** | $53,535,167.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/19 | 106 | Ventura Hersey & Muller LLP | Contingency fee | 3210-600 | | 6,762.21 | 53,231.61 |
| 04/25/19 | | Rabobank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 53,231.61 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 103,726.62 | 103,726.62 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 53,231.61 | |
| | | | **Subtotal** | | 103,726.62 | 50,495.01 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$103,726.62** | **$50,495.01** | |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 4

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 16-41446 WJL | | **Trustee:** | Sarah Little |
| **Case Name:** | VALENTINE CAPITAL ASSET MANAGEMENT, | | **Bank Name:** | Signature Bank |
| | | | **Account:** | ******4362 - Checking |
| **Taxpayer ID#:** | **-***8356 | | **Blanket Bond:** | $53,535,167.00 (per case limit) |
| **Period Ending:** | 01/30/21 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/25/19 | | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 53,231.61 | | 53,231.61 |
| 05/08/19 | Asset #5 | RPG Investment Advisory LLC | installment for settlement agreement<br>Payment to A/R Account #1 RPG litigation<br>Settlement; Payment #3 due 05/23/2019 | 1241-000 | 50,000.00 | | 103,231.61 |
| 05/13/19 | 1001 | Ventura Hersey & Muller LLP | contingency attorney fee | 3210-600 | | 6,762.21 | 96,469.40 |
| 05/13/19 | 1002 | Law Offices of Wayne Silver | Special Counsel attorney fees | 3210-600 | | 5,532.72 | 90,936.68 |
| 05/13/19 | 1003 | Miller Morton Callat & Nevis LLP | special counsel attorney fees | 3210-600 | | 7,705.07 | 83,231.61 |
| 05/30/19 | 1004 | Dentons LLP | order approving fees docket 60 | | | 6,397.35 | 76,834.26 |
| 05/30/19 | | Dentons LLP | attorney fees                  6,372.00 | 3210-000 | | | 76,834.26 |
| 05/30/19 | | | Attorney expenses                 25.35 | 3220-000 | | | 76,834.26 |
| 05/30/19 | 1005 | Rincon Law LLP | attorney fees - order approving fees docket 61 | | | 10,754.70 | 66,079.56 |
| 05/30/19 | | Rincon Law LLP | attorney costs                      49.20 | 3220-000 | | | 66,079.56 |
| 05/30/19 | | | Attorney fees                  10,705.50 | 3210-000 | | | 66,079.56 |
| 06/12/19 | Asset #5 | RPG Investment Advisory LLC | settlement funds installment<br>Payment to A/R Account #1 RPG litigation<br>Settlement; Payment #4 due 06/23/2019 | 1241-000 | 50,000.00 | | 116,079.56 |
| 06/14/19 | 1006 | Law Offices of Wayne Silver | special counsel contingency fee | 3210-600 | | 5,532.72 | 110,546.84 |
| 06/14/19 | 1007 | Miller Morton Callat & Nevis LLP | special counsel attorney fees | 3210-600 | | 7,705.07 | 102,841.77 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 5

| | | |
|---|---|---|
| **Case Number:** 16-41446 WJL | **Trustee:** | Sarah Little |
| **Case Name:** VALENTINE CAPITAL ASSET MANAGEMENT, | **Bank Name:** | Signature Bank |
| | **Account:** | ******4362 - Checking |
| **Taxpayer ID#:** **-***8356 | **Blanket Bond:** | $53,535,167.00 (per case limit) |
| **Period Ending:** 01/30/21 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/14/19 | 1008 | Ventura Hersey & Muller LLP | contingency attorney fee | 3210-600 | | 6,762.21 | 96,079.56 |
| 07/10/19 | Asset #5 | RPG Investment Advisory LLC | installment payment on settlement<br>Payment to A/R Account #1 RPG litigation<br>Settlement; Payment #5 due 07/23/2019 | 1241-000 | 50,000.00 | | 146,079.56 |
| 07/11/19 | 1009 | Ventura Hersey & Muller LLP | contingency attorney fee | 3210-600 | | 6,762.21 | 139,317.35 |
| 07/11/19 | 1010 | Miller Morton Callat & Nevis LLP | special counsel attorney fees | 3210-600 | | 7,705.07 | 131,612.28 |
| 07/11/19 | 1011 | Law Offices of Wayne Silver | special counsel contingency fee | 3210-600 | | 5,532.72 | 126,079.56 |
| 08/12/19 | Asset #5 | RPG litigation Settlement | settlement payment<br>Payment to A/R Account #1 RPG litigation<br>Settlement; Payment #6 due 08/23/2019 | 1241-000 | 50,000.00 | | 176,079.56 |
| 08/13/19 | 1012 | Law Offices of Wayne Silver | special counsel contingency fee | 3210-600 | | 5,532.72 | 170,546.84 |
| 08/13/19 | 1013 | Miller Morton Callat & Nevis LLP | special counsel attorney fees | 3210-600 | | 7,705.07 | 162,841.77 |
| 08/13/19 | 1014 | Ventura Hersey & Muller LLP | contingency attorney fee | 3210-600 | | 6,762.21 | 156,079.56 |
| 09/06/19 | Asset #5 | RPG Investment Advisory LLC | AR payment<br>Payment to A/R Account #1 RPG litigation<br>Settlement; Payment #7 due 09/23/2019 | 1241-000 | 50,000.00 | | 206,079.56 |
| 09/10/19 | 1015 | Ventura Hersey & Muller LLP | contingency attorney fee | 3210-600 | | 6,762.21 | 199,317.35 |
| 09/10/19 | 1016 | Miller Morton Callat & Nevis LLP | special counsel attorney fees | 3210-600 | | 7,705.07 | 191,612.28 |
| 09/10/19 | 1017 | Law Offices of Wayne Silver | special counsel contingency fee | 3210-600 | | 5,532.72 | 186,079.56 |
| 10/10/19 | Asset #5 | RPG Investment Advisory LLC | Installment payment per settlement<br>Payment to A/R Account #1 RPG litigation<br>Settlement; Payment #8 due 10/23/2019 | 1241-000 | 50,000.00 | | 236,079.56 |

Exhibit 9

Page: 6

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 16-41446 WJL | | Trustee: | Sarah Little |
|---|---|---|---|---|
| Case Name: | VALENTINE CAPITAL ASSET MANAGEMENT, | | Bank Name: | Signature Bank |
| | | | Account: | ******4362 - Checking |
| Taxpayer ID#: | **-***8356 | | Blanket Bond: | $53,535,167.00 (per case limit) |
| Period Ending: | 01/30/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/17/19 | 1018 | Law Offices of Wayne Silver | special counsel contingency fee | 3210-600 | | 5,532.72 | 230,546.84 |
| 10/17/19 | 1019 | Miller Morton Callat & Nevis LLP | special counsel attorney fees | 3210-600 | | 7,705.07 | 222,841.77 |
| 10/17/19 | 1020 | Ventura Hersey & Muller LLP | contingency attorney fee | 3210-600 | | 6,762.21 | 216,079.56 |
| 11/08/19 | Asset #5 | RPG Investment Advisory LLC | settlement installment Payment to A/R Account #1 RPG litigation Settlement; Payment #9 due 11/23/2019 | 1241-000 | 50,000.00 | | 266,079.56 |
| 11/15/19 | 1021 | Ventura Hersey & Muller LLP | contingency attorney fee | 3210-600 | | 6,762.21 | 259,317.35 |
| 11/15/19 | 1022 | Miller Morton Callat & Nevis LLP | special counsel attorney fees | 3210-600 | | 7,705.07 | 251,612.28 |
| 11/15/19 | 1023 | Law Offices of Wayne Silver | special counsel contingency fee | 3210-600 | | 5,532.72 | 246,079.56 |
| 12/06/19 | Asset #5 | RPG Investment Advisory LLC | settlement installment Dec Payment to A/R Account #1 RPG litigation Settlement; Payment #10 due 12/23/2019 | 1241-000 | 50,000.00 | | 296,079.56 |
| 12/18/19 | 1024 | Ventura Hersey & Muller LLP | contingency attorney fee | 3210-600 | | 6,762.21 | 289,317.35 |
| 12/18/19 | 1025 | Miller Morton Callat & Nevis LLP | special counsel attorney fees | 3210-600 | | 7,705.07 | 281,612.28 |
| 12/18/19 | 1026 | Law Offices of Wayne Silver | special counsel contingency fee | 3210-600 | | 5,532.72 | 276,079.56 |
| 01/14/20 | Asset #5 | RPG Investment Advisory LLC | Installment payment per settlement agreement Payment to A/R Account #1 RPG litigation Settlement; Payment #11 due 01/23/2020 | 1241-000 | 50,000.00 | | 326,079.56 |
| 01/15/20 | 1027 | Law Offices of Wayne Silver | special counsel contingency fee | 3210-600 | | 5,532.72 | 320,546.84 |
| 01/15/20 | 1028 | Miller Morton Callat & Nevis LLP | special counsel attorney fees | 3210-600 | | 7,705.07 | 312,841.77 |

Exhibit 9

Page: 7

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 16-41446 WJL | | Trustee: | Sarah Little |
|---|---|---|---|---|
| Case Name: | VALENTINE CAPITAL ASSET MANAGEMENT, | | Bank Name: | Signature Bank |
| | | | Account: | ******4362 - Checking |
| Taxpayer ID#: | **-***8356 | | Blanket Bond: | $53,535,167.00 (per case limit) |
| Period Ending: | 01/30/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/15/20 | 1029 | Ventura Hersey & Muller LLP | contingency attorney fee | 3210-600 | | 6,762.21 | 306,079.56 |
| 01/29/20 | 1030 | International Sureties | Bond # 016048574 | 2300-000 | | 109.42 | 305,970.14 |
| 02/14/20 | Asset #5 | RPG Investment Advisory LLC | A/R payment Payment to A/R Account #1 RPG litigation Settlement; Payment #12 due 02/23/2020 | 1241-000 | 50,000.00 | | 355,970.14 |
| 02/18/20 | 1031 | Ventura Hersey & Muller LLP | contingency attorney fee | 3210-600 | | 6,762.21 | 349,207.93 |
| 02/18/20 | 1032 | Miller Morton Callat & Nevis LLP | special counsel attorney fees | 3210-600 | | 7,705.07 | 341,502.86 |
| 02/18/20 | 1033 | Law Offices of Wayne Silver | special counsel contingency fee | 3210-600 | | 5,532.72 | 335,970.14 |
| 03/17/20 | Asset #5 | RPG Investment Advisory LLC | final settlement payment Payment to A/R Account #1 RPG litigation Settlement; Payment #13 due 03/23/2020 | 1241-000 | 50,000.00 | | 385,970.14 |
| 03/18/20 | 1034 | Law Offices of Wayne Silver | special counsel contingency fee | 3210-600 | | 5,532.72 | 380,437.42 |
| 03/18/20 | 1035 | Miller Morton Callat & Nevis LLP | special counsel attorney fees | 3210-600 | | 7,705.07 | 372,732.35 |
| 03/18/20 | 1036 | Ventura Hersey & Muller LLP | contingency attorney fee | 3210-600 | | 6,762.21 | 365,970.14 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 623.95 | 365,346.19 |
| 11/17/20 | 1037 | FRANCHISE TAX BOARD | Dividend of 100.000000000%, Claim No.8. | 2820-000 | | 1,056.50 | 364,289.69 |
| 11/17/20 | 1038 | Kokjer, Pierotti, Maiocco & Duck LLP | Fees:$8393.00;  Expenses:$636.57; | | | 9,029.57 | 355,260.12 |
| 11/17/20 | | Kokjer, Pierotti, Maiocco & Duck LLP | Dividend of 100.000000000%, Claim No.Accnt Exp. | 3420-000 | 636.57 | | 355,260.12 |

Exhibit 9

Page: 8

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 16-41446 WJL | | Trustee: | Sarah Little |
| --- | --- | --- | --- | --- |
| Case Name: | VALENTINE CAPITAL ASSET MANAGEMENT, | | Bank Name: | Signature Bank |
| | | | Account: | ******4362 - Checking |
| Taxpayer ID#: | **-***8356 | | Blanket Bond: | $53,535,167.00 (per case limit) |
| Period Ending: | 01/30/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/17/20 | | Kokjer, Pierotti, Maiocco & Duck LLP | Dividend of 100.000000000%, Claim No.Accnt Fee. 8,393.00 | 3410-000 | | | 355,260.12 |
| 11/17/20 | 1039 | Sarah Little | Compensation:$35936.33; Expenses:$181.85; | | | 36,118.18 | 319,141.94 |
| 11/17/20 | | Sarah Little | Dividend of 100.000000000%, Claim No.FEE. 35,936.33 | 2100-000 | | | 319,141.94 |
| 11/17/20 | | Sarah Little | Dividend of 100.000000000%, Claim No.TE. 181.85 | 2200-000 | | | 319,141.94 |
| 11/17/20 | 1040 | Internal Revenue Service | Dividend of 100.000000000%, Claim No.1P. | 5800-000 | | 37,946.54 | 281,195.40 |
| 11/17/20 | 1041 | FRANCHISE TAX BOARD | Dividend of 100.000000000%, Claim No.9P. | 5800-000 | | 34,876.23 | 246,319.17 |
| 11/17/20 | 1042 | Internal Revenue Service | Dividend of 16.084821284%, Claim No.1U. | 7100-000 | | 1,184.69 | 245,134.48 |
| 11/17/20 | 1043 | Rimon, P.C. | Dividend of 16.084821284%, Claim No.2. | 7100-000 | | 1,914.09 | 243,220.39 |
| 11/17/20 | 1044 | Castillo Leitch Investiments c/o David Kornbluh Ventura Hersey & Muller LLP | Dividend of 16.084821284%, Claim No.3. | 7100-000 | | 220,385.19 | 22,835.20 |
| 11/17/20 | 1045 | Concert Wealth Management, Inc. c/o David Kornbluh, Esq. Mil | Dividend of 16.084821284%, Claim No.4. | 7100-000 | | 5,956.62 | 16,878.58 |
| 11/17/20 | 1046 | Sullwold & Hughes | Dividend of 16.084821284%, Claim No.6. | 7100-000 | | 15,477.51 | 1,401.07 |

Exhibit 9

Page: 9

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 16-41446 WJL | | Trustee: | Sarah Little |
| --- | --- | --- | --- | --- |
| Case Name: | VALENTINE CAPITAL ASSET MANAGEMENT, | | Bank Name: | Signature Bank |
| | | | Account: | ******4362 - Checking |
| Taxpayer ID#: | **-***8356 | | Blanket Bond: | $53,535,167.00 (per case limit) |
| Period Ending: | 01/30/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/17/20 | 1047 | U.S. TelePacific Corp. Office of General Counsel | Dividend of 16.084821284%, Claim No.7. | 7100-000 | | 1,401.07 | 0.00 |
| | | | **ACCOUNT TOTALS**<br>Less: Bank Transfers | | 603,231.61<br>53,231.61 | 603,231.61<br>0.00 | $0.00 |
| | | | **Subtotal**<br>Less: Payment to Debtors | | 550,000.00 | 603,231.61<br>0.00 | |
| | | | **NET Receipts / Disbursements** | | **$550,000.00** | **$603,231.61** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******4362** | 550,000.00 | 603,231.61 | 0.00 |
| **Checking # ******7500** | 103,726.62 | 50,495.01 | 0.00 |
| | **$653,726.62** | **$653,726.62** | **$0.00** |